

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00192-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Nicholas **LICHTENBERGER**; Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano;
and Edward A. Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

## O R D E R

On August 24, 2016, this court issued an order (1) stating that appellant's amended/supplemental brief was accepted and filed, and (2) denying as moot appellant's August 15, 2016 motion to exceed the page limits. In our order, we cautioned appellant that no further motions requesting that the page limits for appellant's brief be exceeded would be considered by this court. Finally, our order also stated that appellees' briefs were due no later than September 23, 2016.

In the meantime, appellees Webb County, Martin Cuellar, Pepe Salinas, Sergio Lozano, and Edward A. Nolen ("the Webb County Appellants") filed a motion requesting an extension of time in which to file their brief to September 25, 2016. The motion is GRANTED and the Webb County Appellants' brief is due no later than September 25, 2016.

Appellee the Honorable Jose Antonio Lopez has filed his brief. All other appellees' brief remain due no later than September 23, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk